# EXHIBIT "A"

**E-FILED**
21EV00731(
12/7/2021 3:01 PM
Christopher G. Scott, Cler
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

KAREN TAYLOR,                 *
                              *
    Plaintiff,                *
                              *
vs.                           *        CIVIL ACTION FILE NO.:
                              *
FAMILY DOLLAR, INC.,          *        JURY TRIAL DEMAND
                              *
    Defendant.                *
                              *

## COMPLAINT FOR DAMAGES

COMES NOW, **KAREN TAYLOR** (hereinafter referred to as "Plaintiff"),

Plaintiff in the above-styled Civil Action, and files his Complaint for tort and related

matters against the Defendant, **FAMILY DOLLAR, INC.** (hereinafter referred to

as "Defendant") and for cause shows the following:

## PARTIES AND JURISDICTION

1.

The Plaintiff is a citizen and resident of the State of Georgia.

2.

The incident from which this action arises occurred on or about December 7,

2019, at Family Dollar Store, located at 2415 DeKalb Medical Pkwy, Decatur, GA

30058.

3.

Defendant is a domestic corporation doing business in the State of Georgia, and with its registered agent located at Prentice-Hall Corp System, Inc, 100 Peachtree St, Atlanta, GA, 30303 (Fulton County).

4.

Jurisdiction and venue are proper before this Court.

## STATEMENT OF FACTS

5.

Plaintiff hereby repleads and reincorporates her allegations contained in Paragraphs 1 through 5 above as if alleged herein.

6.

On or about December 7, 2019, Plaintiff was a patron of Family Dollar Store in Decatur, GA.  Plaintiff was walking to retrieve a shopping cart when she tripped and fell into a pothole.  Plaintiff had to be transported to the hospital via ambulance due to her injuries.

7.

Plaintiff was injured as a result of her fall caused by Defendant's failure to exercise ordinary care and negligent care of the premises.

## COUNT I
## FAILURE TO EXERCISE ORDINARY CARE

8.

Plaintiff hereby repleads and reincorporates her allegations contained in Paragraphs 1 through 7 above as if alleged herein.

9.

Defendant failed to exercise the diligence toward making the premises safe that a good businessperson is accustomed to use in such matters and violated statutory provisions; including but not limited to: O.C.G.A. § 51-3-1.

10.

Defendant failed on their duty to inspect the premises and "to discover possible dangerous conditions of which the owner/occupier does not have actual knowledge and taking reasonable precautions to protect invitees from dangers foreseeable from the arrangement or use of the premises." *Robinson v. Kroger*, 268 Ga. 735 (1997).

11.

As the direct and proximate result of the Defendant failure to exercise ordinary care, Plaintiff suffered personal injuries.

12.

Plaintiff has incurred medical expenses for the treatment of those injuries, including but not limited to surgery.

13.

Plaintiff has and continues to endure physical pain and suffering as a result of her injuries.

## COUNT II
## NEGLIGENCE

14.

Plaintiff incorporates the allegations contained in paragraphs 1 through 13 as if set forth fully herein.

15.

The aforesaid incident occurred as a result of and was proximately caused by the careless, negligent, grossly careless, and reckless conduct of the Defendant.

16.

Defendant failed to properly supervise the areas in question and to have a safe area for its patrons.

17.

As the direct and proximate result of the negligence per se of the Defendant, Plaintiff suffered personal injuries including but not limited to traumatic injuries.

18.

Plaintiff has incurred medical expenses for the treatment of her injuries.

19.

Plaintiff has suffered and continue to endure physical pain and suffering as a result of her injuries.

## DAMAGES

20.

Plaintiff hereby repleads and reincorporates her allegations contained in Paragraphs 1 through 19 above as if alleged herein.

21.

Plaintiff is entitled to recover damages from Defendant for the care and treatment of her injuries including past, present, and future medical expenses; past, present, and future mental and physical pain and suffering; lost wages; past and future economic losses; and such other relief as this Court deems just and proper.

## TRIAL BY JURY

The Plaintiff demand a trial by jury as provided by law.

**WHEREFORE**, Plaintiff prays for a judgment against the Defendant for general and special damages as described above, together with any further relief this Court deems just and proper.

This 7th day of December, 2021.

DURHAM LAW GROUP, P.C.

*/s/ Bryce V. Durham*
Bryce V. Durham
Georgia Bar No.: 101054
Attorney for the Plaintiff

191 Peachtree Street, N.E.
Suite 805
Atlanta, Ga 30303
Phone: (404) 845-3434
Fax: (404) 419-7838

"*E-FILED*"
21EV007310
12/7/2021 3:01 PM
Christopher G. Scott, Clerk
Civil Division

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**
**Civil Division**

**CIVIL ACTION FILE #:** _____

KAREN TAYLOR
_____
191 Peachtree Street, N.E.Suite 805 Atlanta, Ga 30303
_____

_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

FAMILY DOLLAR, INC.,
_____
Prentice-Hall Corp System, Inc, 100 Peachtree St,

Atlanta, GA, 30303 (Fulton County)
_____

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [X] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| ************ | |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

### SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Bryce V. Durham
_____

Address: 191 Peachtree Street, N.E. Suite 805
_____

City, State, Zip Code: Atlanta, Ga 30303          Phone No.: (404) 845-3434
_____                         _____

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Christopher G. Scott, Chief Clerk (electronic signature)

_____

### SERVICE INFORMATION:

Served, this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.    _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
21EV007316
12/7/2021 3:01 PM
Christopher G. Scott, Clerk
Civil Division

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of __FULTON_____ County

| **For Clerk Use Only** | |
|---|---|
| **Date Filed** _____ <br> **MM-DD-YYYY** | **Case Number** _____ |

**Plaintiff(s)**
TAYLOR, KAREN

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**
FAMILY DOLLAR, INC.,

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** Bryce V. Durham _____   **State Bar Number** 101054 _____   **Self-Represented** ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
        Case Number               Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____   **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

Copy from re:SearchGA